# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| LESHANE GREENHILL, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 3:11-cv-0234 |
| v. | ) Judge Campbell |
| | ) |
| ROCHE LABORATORIES INC., et al | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Pursuant to the Conditional Transfer Order (CTO-28) of the Judicial Panel on Multidistrict Litigation, Docket No. 1626, this case is hereby transferred to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the Middle District of Florida.

It is so **ORDERED.**

_____
Todd J. Campbell
United States District Judge